NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KAREN S. MCDOWELL,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, Secretary of Veterans Affairs,**
*Respondent-Appellee.*

---

2010-7044

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 07-1419, Judge Mary J. Schoelen.

---

**JUDGMENT**

---

DOUGLAS J. ROSINSKI, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., of Columbia, South Carolina, argued for claimant-appellant.

MARTIN F. HOCKEY, JR., Assistant Director, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and MEREDYTH COHEN HAVASY, Trial Attorney. Of counsel on the brief were DAVID J. BARRANS, Deputy Assistant General Counsel, and MARTIE S. ADELMAN, Attorney, Office of the General Counsel, United States Department of Veterans Affairs, of Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, MAYER, and MOORE, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 October 7, 2010             /s/ Jan Horbaly
       Date                      Jan Horbaly
                                    Clerk